| D/ME Prob. 22 (Rev 03/13) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Trans. Court)* PACTS# 1986113 <br> 2:16CR00025 - 001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* <br> 18CV10330 |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: <br> William Duffy <br><br> Rehoboth, MA | DISTRICT <br> District of Maine | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> Honorable George Z. Singal, U.S. District Judge | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM <br> 8/15/2018 | TO <br> 08/15/2023 |

**OFFENSE:**

Possession of Child Pornography Involving Prepubescent Minors
18 U.S.C. § 2252A(a)(5)(B), 18 U.S.C. § 2252A(b)(2)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MAINE**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Massachusetts** upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9-4-18
Date

United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

9/17/18
Effective Date

United States District Judge